

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2025

No. 04-24-00856-CV

Robert **STEWART**,
Appellant

v.

**BEXAR COUNTY**, et al.,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022TA101366
Honorable Tina Torres, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the court **DISMISSES** this appeal for want of jurisdiction. Costs of the appeal are taxed against appellant, Robert Stewart.

It is so **ORDERED** on February 5, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk